FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

20?? MAY 26 PM 2: 55

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

| | | |
|---|---|---|
| MICHAEL L. MACK, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV410-100 |
| | ) | |
| WILLIAM DANFORTH, *Warden* | ) | |
| *Valdosta State Prison*; GREGORY | ) | |
| McLAUGHLIN, *Deputy Warden* | ) | |
| *Valdosta State Prison*; PARDON AND | ) | |
| PAROLE BOARD OF CORRECTIONS,) | | |
| | ) | |
| Defendants. | ) | |

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 26ᵗʰ day of May , 2010.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA